## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JULIO CHRISTIAN,** : | |
|     **Petitioner,** : | |
| : | |
|     **v.** : | **CIVIL ACTION NO. 15-CV-1477** |
| : | |
| **COMMONWEALTH OF PA*, et al.,*** : | |
|     **Respondents.** : | |

## ORDER

**AND NOW**, this 1st day of July, 2020, in consideration of Petitioner Julio Christian's Motion for Relief from Judgment Under Fed. R. Civ. P. 60(b) (ECF No. 11), it is **ORDERED** that:

1. The Motion is **DISMISSED** for lack of jurisdiction for the reasons set forth in the Court's Memorandum accompanying this Order.

2. A Certificate of Appealability is **DENIED** pursuant to 28 U.S.C. § 2253(c) because reasonable jurists would not debate the propriety of this Court's procedural ruling with respect to these claims. *See Slack v. McDaniel*, 529 U.S. 473, 484 (2000).

                                                 **BY THE COURT:**

                                                 **/s/ Jeffrey L. Schmehl**
                                                 **JEFFREY L. SCHMEHL, J.**